# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS                                                                CASE NO.  5:04cr60/MCR

JAMES TYRONE SLY, JR.

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 23, 2005
Motion/Pleadings: MOTION TO DISMISS INDICTMENT
Filed by DEFENDANT                     on 5/19/05           Doc.# 27
RESPONSES:

                                        on                           Doc.#
                                        on                           Doc.#

_____ Stipulated          _____ Joint Pldg.
_____ Unopposed           _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Susan Simms
LC (1 OR 2)                     Deputy Clerk

## *ORDER*

Upon consideration of the foregoing, it is ORDERED this 23rd day of May, 2005, that:

The relief requested is GRANTED, on consideration of the Government's adoption of defense counsel's motion.

*s/ M. Casey Rodgers*
*M. CASEY RODGERS*
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.